

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2015

No. 04-14-00893-CV

**IN THE INTEREST OF M.C. AND T.C.,** Children,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00142
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    Appellant's trial counsel filed a motion to withdraw and substitute counsel. The trial court has informed this court that it has appointed Gerald Uretsky as appellate counsel for appellant. Accordingly, we **GRANT** the motion to withdraw and substitute counsel. We **ORDER** the district clerk to file a supplemental clerk's record containing the trial court's order appointing Gerald Uretsky as appellate counsel for appellant. We **ORDER** the district clerk to file said supplemental clerk's record in this court on or before January 15, 2015.

    We **order** the clerk of this court to serve a copy of this order on appellant, all counsel – including withdrawing counsel and Mr. Uretsky, the district clerk, and the trial court.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court